September 15, 1978.

M. P. No. 78-264.   MYRON SHEVELL *v*. STATE OF RHODE ISLAND. The petition for writ of certiorari and writ of prohibition is denied. *Pucci and Goldin, Inc., Samuel A. Olevson*, for petitioner. *Julius C. Michaelson*, Attorney General, *John S. Foley*, Special Assistant Attorney General.

M. P. No. 78-286.   JOHN N. DUPHINEY *et al. v*. ROBERT N. COFFEY. The petition for writ of certiorari is denied. *Aram K. Berberian*, for petitioners. *Stephen F. Mullen*, Chief Legal Counsel, Office of Special Counsel, Department of Transportation, for respondent.

M. P. No. 78-299.   STATE *v*. KEITH OLSON. Defendant's petition for writ of habeas corpus and request for appointment of counsel are denied. *Julius C. Michaelson*, Attorney General, *John S. Foley*, Special Assistant Attorney General, for plaintiff. *Keith Olson*, pro se, defendant.

M. P. No. 78-312.   INDUSTRIAL NATIONAL BANK OF RHODE ISLAND *v*. EASTWOOD ENTERPRISES, INC.; WILLIAM A. BETTEZ *d/b/a* R. T. BETTEZ & SONS *et al*. Plaintiff's motion to dismiss defendant's appeal pursuant to Rule 3(a) of this court's rules is granted unless defendant shall file, on or before October 3, 1978, a bond in accordance with the order of the Superior Court entered July 24, 1978. *Edwards & Angell, Deming E. Sherman, Andrew J. Chlebus*, for plaintiff. *John D. Lynch*, for defendants.

Appeal No. 76-118.   VERA AQUILANTE *and* VINCENT AQUILANTE *v*. EMPIRE MUTUAL INSURANCE COMPANY. The plaintiffs' motion to file petition to reargue out of time is granted. The petition to reargue is denied. *Temkin, Merolla & Zurier, Amedeo C. Merolla*, for plaintiffs. *Rice, Dolan, Kiernan & Kershaw, John W. Kershaw*, for defendant.

Appeal No. 76-430.   DIAGO JULIAN, *p.p.a.*, MARION JULIAN *and* MARION JULIAN *v*. ZAYRE CORPORATION *and* LEISURE DYNAMICS, INC. Defendants' motion for leave to reargue is denied. *Pucci & Goldin, Inc., Samuel A. Olevson*,